UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

LINDA ROBERTS, et al.,

        Plaintiffs,

        v.

WELLS FARGO BANK, N.A., et al.,

        Defendants.
                                        /

NO. CIV. 2:11-02684 WBS KJN

<u>ORDER OF RECUSAL</u>

----oo0oo----

        Because the spouse of one of my law clerks owns a small amount of stock in the Bank of America, I must recuse myself from this case for the reasons stated in <u>Amstadter v. Bank of America</u>, Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        Any dates previously set in this case are hereby VACATED.

1  DATED:   October 12, 2011

*William B. Shubb (signature)*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE