1
2
3
4
5
6
7
8
9            UNITED STATES DISTRICT COURT
10           EASTERN DISTRICT OF CALIFORNIA
11                 ----oo0oo----
12  LINDA ROBERTS, et al.,
                               NO. CIV. 2:11-02684 WBS KJN
13        Plaintiffs,
                               ORDER OF RECUSAL
14             v.
15  WELLS FARGO BANK, N.A., et al.,
16        Defendants.
17  _____/
18                 ----oo0oo----
19        Because the spouse of one of my law clerks owns a small
20  amount of stock in the Bank of America, I must recuse myself from
21  this case for the reasons stated in Amstadter v. Bank of America,
22  Civ. No. 2:09-2826, 2009 WL 5206640 (E.D. Cal. Dec. 22, 2009).
23        IT IS THEREFORE ORDERED that the Clerk of the Court
24  reassign this case to another judge for all further proceedings,
25  making appropriate adjustments in the assignments of civil cases
26  to compensate for such reassignment.
27        Any dates previously set in this case are hereby
28  VACATED.

                            1

DATED:  October 12, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE