UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LINDA ROBERTS, an
individual, et al.,

          NO. CIV. S-11-2684 LKK/KJN

    Plaintiffs,

  v.                                         O R D E R

WELLS FARGO BANK, N.A.,
a corporation, et al.,

    Defendant.

                             /

    A hearing on defendants' Motion to Dismiss and Motion to Strike is currently scheduled for November 21, 2011. On the due date for filing an opposition or statement of non-opposition, plaintiffs submitted a stipulation for an extension of time to respond to the motion to dismiss. In the stipulation, plaintiffs indicate that they intend to file an amended complaint some time before November 21, 2011. Accordingly, the court ORDERS as follows:

////

////

1    [1] The hearing on defendants' pending motions, ECF Nos. 11 and 12 is CONTINUED to December 19, 2011 at 10:00 a.m.

4    [2] Plaintiffs SHALL file an opposition or statement of non-opposition to the motions no later than December 5, 2011. If plaintiffs have filed an amended complaint before that date, they may argue in their opposition that the pending motions are moot in light of the amended complaint.

10   [3] Defendants may file a reply brief no later than December 12, 2011.

IT IS SO ORDERED.

DATED: November 9, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT