UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LINDA ROBERTS, an
individual, et al.,

          NO. CIV. S-11-2684 LKK/KJN

    Plaintiffs,

  v.                                     O R D E R

WELLS FARGO BANK, N.A.,
a corporation, et al.,

    Defendant.

_____/

    A hearing on a motion to strike and motion to dismiss is currently scheduled to be heard on December 19, 2011. By order of this court, plaintiffs' opposition or statement of non-opposition was due on December 5, 2011. November 10, 2011 Order, ECF No. 18. Because plaintiffs had indicated that they planned to file an amended complaint prior to December 5, this court stated "if plaintiffs have filed an amended complaint before that date, they may argue in their opposition that the pending motions are moot in light of the amended complaint." Id. Plaintiffs filed an amended

complaint on December 2, 2011, but have not filed an opposition or statement of non-opposition to the pending motions.

On December 12, 2011, the parties filed a stipulation requesting that the defendants' deadline to respond to the amended complaint be extended beyond the December 19, 2012 hearing date, "for the sake of efficiency and to avoid the filing of a duplicative and potentially unnecessary response to the [First Amended Complaint]." <u>Stipulation,</u> ECF No. 24. It appears to the court that the parties want the court to rule on the pending motion to dismiss the original complaint, even though, from all appearances, the filing of the First Amended Complaint renders any motions to dismiss or strike the original complaint moot.

Accordingly, the court ORDERS as follows:

[1] The hearing on the pending motions, ECF No. 11 and ECF No. 12, currently scheduled for December 19, 2012 is VACATED. These motions are DENIED as MOOT.

[2] Counsel for plaintiffs is ORDERED to SHOW CAUSE in writing within 14 days of the issuance of this order why sanctions of $150 should not issue for failing to file an opposition or statement of non-opposition to the pending motions, as required by this court's November 10, 2011 order, as permitted by Local Rule 110.

[3] Defendant's deadline to respond to the First Amended Complaint is January 2, 2012.

IT IS SO ORDERED.

DATED: December 13, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2