Keith D. Klein (California Bar No. 184846)
Nafiz Cekirge (California Bar No. 255710)
Brian J. Recor (California Bar No. 229091)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, CA 90401
Telephone: (310) 576-2100
Facsimile: (310) 576-2200
Email: keith.klein@bryancave.com
      nafiz.cekirge@bryancave.com
      brian.recor@bryancave.com

Attorneys for Defendant
BANK OF AMERICA, N.A.
(erroneously sued as BANK OF AMERICA FUNDING 2007-6)

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| LINDA ROBERTS, et al.,<br><br>          Plaintiffs,<br><br>vs.<br><br>WELLS FARGO BANK, N.A., a corporation; WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A. and F/K/A WACHOVIA MORTGAGE, FSB, a corporation; WELLS FARGO HOME MORTGAGE, a corporation; BANK OF AMERICA FUNDING 2007-6; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 2:11-cv-02684-LKK –KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO RESPOND TO FIRST AMENDED COMPLAINT** |

Plaintiffs and Defendant BANK OF AMERICA, N.A. (erroneously sued as BANK OF AMERICA FUNDING 2007-6) ("Bank of America") hereby stipulate and agree, by and through their attorneys of record, as set forth below.

1. On September 1, 2011, Plaintiffs filed a complaint in Sacramento Superior Court as Case 34-2011-00118146, which codefendants later removed to this Court;

2. On November 9, 2011, the Court continued the hearing on codefendants' motion to dismiss in light of Plaintiffs' stated intention to file an amended complaint [Docket No. 18];

3. On December 2, 2011, Plaintiffs filed a First Amended Complaint [Docket No. 22]. The First Amended Complaint does not state which, if any, of the Plaintiffs has a relationship with Bank of America;

4. On December 19, 2011, counsel for Bank of America, who has not appeared in the action, accepted service of the First Amended Complaint by email;

5. In light of pending factual investigation, the holidays and vacations of counsel, Defendant BANK OF AMERICA, N.A. (erroneously sued as BANK OF AMERICA FUNDING 2007-6) will respond to the First Amended Complaint by January 20, 2012.

6. The parties have not sought any previous extension in this action.

DATED: December 29, 2011          BRYAN CAVE LLP

By: /s/ Brian J. Recor
   Brian J. Recor
Attorney for Defendant BANK OF AMERICA, N.A.
(sued erroneously as BANK OF AMERICA
FUNDING 2007-6)


DATED:  December 29, 2011          UFAN LEGAL GROUP, PC

By: /s/ Kristin Crone (as authorized 12/29/11)
   Kristin Crone
Attorney for Plaintiffs
LINDA ROBERTS, et al.

1 **ORDER**

2 IT IS SO ORDERED.

3 Dated: January 10, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT