1  Keith D. Klein (California Bar No. 184846)
   Nafiz Cekirge (California Bar No. 255710)
2  Brian J. Recor (California Bar No. 229091)
   **BRYAN CAVE LLP**
3  120 Broadway, Suite 300
   Santa Monica, CA 90401
4  Telephone: (310) 576-2100
   Facsimile: (310) 576-2200
5  Email: keith.klein@bryancave.com
          nafiz.cekirge@bryancave.com
6         brian.recor@bryancave.com

7  Attorneys for Defendant
   BANK OF AMERICA, N.A.
8  (erroneously sued as BANK OF AMERICA FUNDING 2007-6)

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION**

| | |
|---|---|
| LINDA ROBERTS, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>WELLS FARGO BANK, N.A., a corporation; WELLS FARGO BANK, N.A., A/K/A WACHOVIA MORTGAGE, a division of WELLS FARGO BANK, N.A. and F/K/A WACHOVIA MORTGAGE, FSB, a corporation; WELLS FARGO HOME MORTGAGE, a corporation; BANK OF AMERICA FUNDING 2007-6; and DOES 1 through 100, inclusive,<br><br>          Defendants. | Case No. 2:11-cv-02684-LKK –KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT BANK OF AMERICA, N.A. TO RESPOND TO FIRST AMENDED COMPLAINT** |

1  Plaintiffs and Defendant BANK OF AMERICA, N.A. (erroneously sued as BANK OF
2  AMERICA FUNDING 2007-6) ("Bank of America") hereby stipulate and agree, by and through
3  their attorneys of record, as set forth below.

4  1.  On September 1, 2011, Plaintiffs filed a complaint in Sacramento Superior Court as
5  Case 34-2011-00118146, which codefendants later removed to this Court;

6  2.  On November 9, 2011, the Court continued the hearing on codefendants' motion to
7  dismiss in light of Plaintiffs' stated intention to file an amended complaint [Docket No. 18];

8  3.  On December 2, 2011, Plaintiffs filed a First Amended Complaint [Docket No. 22].
9  The First Amended Complaint does not state which, if any, of the Plaintiffs has a relationship with
10  Bank of America;

11  4.  On December 19, 2011, counsel for Bank of America, who has not appeared in the
12  action, accepted service of the First Amended Complaint by email;

13  5.  In light of pending factual investigation, the holidays and vacations of counsel,
14  Defendant BANK OF AMERICA, N.A. (erroneously sued as BANK OF AMERICA FUNDING
15  2007-6) will respond to the First Amended Complaint by January 20, 2012.

16  6.  The parties have not sought any previous extension in this action.

17  DATED: December 29, 2011            BRYAN CAVE LLP

18                                     By: /s/ Brian J. Recor
19                                         Brian J. Recor
                                       Attorney for Defendant BANK OF AMERICA, N.A.
20                                     (sued erroneously as BANK OF AMERICA
                                       FUNDING 2007-6)
21

22  DATED:  December 29, 2011           UFAN LEGAL GROUP, PC

23                                     By: /s/ Kristin Crone (as authorized 12/29/11)
                                           Kristin Crone
24                                     Attorney for Plaintiffs
                                       LINDA ROBERTS, et al.

Bryan Cave LLP
120 Broadway, Suite 300
Santa Monica, California 90401

1 **ORDER**

2 IT IS SO ORDERED.

3 Dated:   January 10, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT