UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LINDA ROBERTS, an individual, et al.,

        Plaintiffs,

    v.

WELLS FARGO BANK, N.A., a corporation, et al.,

        Defendants.

        NO. CIV. S-11-2684 LKK/KJN

O R D E R

A status conference was held in chambers on January 23, 2012. After hearing, the court orders as follows:

    1.   A further status conference is set for March 12, 2012 at 3:00 p.m.

    IT IS SO ORDERED.

    DATED: January 24, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1